The United States Court of Appeals for the Fifth Circuit has requested this Court, under ARAP 18, to answer certain questions involving Alabama law deemed by that Court to be determinative of an action pending before it and on which there is no clear controlling precedent in the decisions of the Supreme Court of Alabama. The certification opinion follows:
 CITIZENS AND SOUTHERN FACTORS, INC., Plaintiff-Appellant, v. The SMALL BUSINESS ADMINISTRATION, an Agency of the United States, et al., Defendants-Appellees. No. 77-1628.
United States Court of Appeals, Fifth Circuit. April 23, 1979.
Appeal from the United States District Court for the Northern District of Georgia; Albert J. Henderson, Jr., Chief Judge.
Before BROWN, Chief Judge, COLEMAN and TJOFLAT, Circuit Judges.